FIRST NATIONAL TRUST AND SAVINGS BANK OF SAN DIEGO, CALIFORNIA, as Administrator, etc., of FRANK CROZIER, Deceased, v. UNITED STATES STEEL CORPORATION and Others, Impleaded with MACLAY HOYNE and UNITED STATES FIDELITY AND GUARANTY COMPANY and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES W. RICHTER, JR., Individually and as a Stockholder of D. W. GRIFFITH, INC., v. WOODSON R. OGELSBY, Impleaded, etc.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of MYRON S. YOCHELSON, an Attorney.— Motion for reinstatement granted. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of EDWARD H. BURGER, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

EDWARD J. GOLDFIELD and Another, Respondents, v. F. A. FOSTER & Co., INC., Appellant.— Order so far as appealed from modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The verified bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GEORGETTE CARNEAL, Respondent, v. WALTER WINCHELL, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGETTE CARNEAL, Respondent, v. WALTER WINCHELL, Defendant, Impleaded with DAILY MIRROR, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant Daily Mirror, Inc., to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MINNIE SEGENREICH and JOSEPH SEGENREICH, Appellants, v. 908 KELLY STREET REALTY CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES V. HOFFMAN, Respondent, v. WALKER & HEISLER, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

WILLIAM F. SCOTT, Respondent, v. THE CENTURY INDEMNITY COMPANY, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LEO A. BERGHOLZ, Appellant, v. WALTER J. FAHY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.